*In re* HUBBARD, No. 153748; Court of Appeals No. 328872.

*Summary Disposition Entered June 22, 2016:*

PEOPLE V ROTHWELL, No. 153113; Court of Appeals No. 328890. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.